# INVOICE

| | |
|---|---|
| **INVOICE NUMBER** | |
| **DATE** | 5/21/2016 |
| **REFERENCE** | |
| Internal Order #: | |
| Client File #: | |
| Main File # on form: | |
| Other File # on form: | Personal Report |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**
Corona, Catalina

Telephone Number:  Fax Number:
Alternate Number:  E–Mail:

Appraising LA
15322 Longbow Ct.
Sherman Oaks, CA 91403
(818)793-1510 (310)994-5070

## DESCRIPTION

**Client:** Corona, Catalina
**Property Address:** 21241 Shearer Ave
**City:** Carson
**County:** Los Angeles    **State:** CA    **Zip:** 90745
**Legal Description:** TRACT NO 8018 1/2 VAC ALLEY ADJ ON W AND SW AND LOT 11

| FEES | AMOUNT |
|---|---|
| Home Appraisal Fee | 280.00 |
| SUBTOTAL | 280.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:  Date:  Description: Paid in Full | 280.00 |
| Check #:  Date:  Description: | |
| Check #:  Date:  Description: | |
| SUBTOTAL | 280.00 |
| **TOTAL DUE** | **$ 0** |



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
21241 Shearer Ave
Carson, CA  90745
TRACT NO 8018 1/2 VAC ALLEY ADJ ON W AND SW AND LOT 11

### FOR:
Corona, Catalina

### AS OF:
05/21/2016

### BY:
Pekler, Maxim
APPRAISING LA
15322 LONGBOW COURT
SHERMAN OAKS, CA 91403
818-793-1510
APPRAISINGLA.COM

## SUMMARY OF SALIENT FEATURES

### SUBJECT INFORMATION

| | |
|---|---|
| Subject Address | 21241 Shearer Ave |
| Legal Description | TRACT NO 8018 1/2 VAC ALLEY ADJ ON W AND SW AND LOT 11 |
| City | Carson |
| County | Los Angeles |
| State | CA |
| Zip Code | 90745 |
| Census Tract | 5438.01 |
| Map Reference | 764/C5 |

### SALES PRICE

| | |
|---|---|
| Sale Price | $ N/A |
| Date of Sale | N/A |

### CLIENT

| | |
|---|---|
| Client | Corona, Catalina |
| Appraiser | Pekler, Maxim |

### DESCRIPTION OF IMPROVEMENTS

| | |
|---|---|
| Size (Square Feet) | 1,066 |
| Price per Square Foot | $ N/A |
| Location | Average |
| Age | 69 yrs |
| Condition | Maintained |
| Total Rooms | 8 |
| Bedrooms | 3 |
| Baths | 2.00 |

### APPRAISER

| | |
|---|---|
| Appraiser | Pekler, Maxim |
| Date of Appraised Value | 05/21/2016 |

### VALUE

| | |
|---|---|
| Opinion of Value | $ 430,000 |

# RESIDENTIAL APPRAISAL SUMMARY REPORT

Appraising LA (818) 795-1910    Personal Report    File No.: _____

## SUBJECT
- **Property Address:** 21241 Shearer Ave    **City:** Carson    **State:** CA    **Zip Code:** 90745
- **County:** Los Angeles    **Legal Description:** TRACT NO 8018 1/2 VAC ALLEY ADJ ON W AND SW AND LOT 11
- **Assessor's Parcel #:** 7334-002-011
- **Tax Year:** 2015    **R.E. Taxes:** $ 5,375.86    **Special Assessments:** $ None    **Borrower (if applicable):** Not Applicable
- **Current Owner of Record:** Corona, Catalina    **Occupant:** ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing
- **Project Type:** ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) Single Family Dwelling    **HOA:** $ NONE ☐ per year ☐ per month
- **Market Area Name:** Carson    **Map Reference:** 764/C5    **Census Tract:** 5438.01

## ASSIGNMENT
- The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
- This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
- Approaches developed for this appraisal: ☒ Sales Comparison Approach ☒ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
- **Intended Use:** To find out current market value of the subject property for "Bankruptcy" proceedings.
- **Intended User(s) (by name or type):** Corona, Catalina / Attorney / Court
- **Client:** Corona, Catalina    **Address:** Same as subject
- **Appraiser:** Pekler, Maxim    **Address:** 15322 Longbow Ct., Sherman Oaks CA 91403

## MARKET AREA DESCRIPTION

| | | | | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | | PRICE $(000) | AGE (yrs) | One-Unit | 65 % | ☒ Not Likely |
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | ☒ Owner 65 | | | 2-4 Unit | 10 % | ☐ Likely * ☐ In Process * |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☐ Tenant | 300k Low | 26 | Multi-Unit | 15 % | * To: |
| Property values: | ☒ Increasing | ☐ Stable | ☐ Declining | ☒ Vacant (0-5%) | 640k High | 75 | Comm'l | 10 % | |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☐ Vacant (>5%) | 385k Pred | 59 | | % | |
| Marketing time: | ☒ Under 3 Mos. | ☐ 3-6 Mos. | ☐ Over 6 Mos. | | | | | | |

**Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):** Market study indicates an overall sales price to be slightly increasing in this area, market exposure times vary but well priced homes tend to sell within three months. The financing is typically available as fixed rate, FHA and adjustable rate mortgages.

## SITE DESCRIPTION
- **Dimensions:** See Attached Plat Map    **Site Area:** 6,106 Sq.Ft.
- **Zoning Classification:** CARS*    **Description:** Single Family Residential
- **Zoning Compliance:** ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
- **Are CC&Rs applicable?** ☐ Yes ☒ No ☐ Unknown    **Have the documents been reviewed?** ☐ Yes ☒ No    **Ground Rent (if applicable)** $ /
- **Highest & Best Use as improved:** ☒ Present use, or ☐ Other use (explain)
- **Actual Use as of Effective Date:** Single Family Residence    **Use as appraised in this report:** Single Family Residence
- **Summary of Highest & Best Use:** The highest and best use is the reasonably probable use that produces the highest property value. The highest and best use for the subject property is as Single Family Residence.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level At Street |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | 6,106 Sq. Ft. |
| Gas | ☒ | ☐ | | Curb/Gutter | Concrete | ☒ | ☐ | Shape | Irregular |
| Water | ☒ | ☐ | | Sidewalk | Concrete | ☒ | ☐ | Drainage | Appears Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Single | ☒ | ☐ | View | No View |
| Storm Sewer | ☒ | ☐ | | Alley | No | ☐ | ☐ | | |

- **Other site elements:** ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
- **FEMA Spec'l Flood Hazard Area** ☐ Yes ☒ No    **FEMA Flood Zone** X    **FEMA Map #** 06037C1935F    **FEMA Map Date** 09/26/2008
- **Site Comments:** Subject is not located in the flood zone per flood map (attached), lot size is average for the area.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating None | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete/Avg | Slab | Yes | Area Sq. Ft. | | Type | |
| # of Stories | One Level Dwelling | Exterior Walls | Stucco/Average | Crawl Space | | % Finished | | Fuel | |
| Type ☒ Det. ☐ Att. ☐ | | Roof Surface | Shingle/Average | Basement | | Ceiling | | | |
| Design (Style) | Traditional | Gutters & Dwnspts. | None | Sump Pump ☐ | | Walls | | **Cooling** None | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Vinyl/Average | Dampness ☐ | | Floor | | Central | |
| Actual Age (Yrs.) | 69 yrs | Storm/Screens | Screens/Avg | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 15 yrs | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic | ☒ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Tile-Wood/Avg | Refrigerator ☐ | | Stairs ☐ | | Fireplace(s) # 0 | Woodstove(s) # | Garage # of cars ( 10 Tot.) | |
| Walls | Drywall/Average | Range/Oven P | | Drop Stair ☐ | | Patio | Covered | Attach. | |
| Trim/Finish | 2"Base-Crown/Avg | Disposal ☐ | | Scuttle ☒ | | Deck | No | Detach. 2 | |
| Bath Floor | Tile/Average | Dishwasher ☐ | | Doorway ☐ | | Porch | No | Blt.-In | |
| Bath Wainscot | Tile/Average | Fan/Hood ☐ | | Floor ☒ | | Fence | Block-Iron/Avg | Carport | |
| Doors | Wood/Average | Microwave ☐ | | Heated ☐ | | Pool | No | Driveway 8 | |
| | | Washer/Dryer P | | Finished ☐ | | | | Surface | Concrete/Avg |

- **Finished area above grade contains:** 8 Rooms    3 Bedrooms    2.00 Bath(s)    1,066 Square Feet of Gross Living Area Above Grade
- **Additional features:** Fenced property with a driveway gate.
- **Describe the condition of the property (including physical, functional and external obsolescence):** Subject property is in "Maintained" overall condition, mostly from "Basic" grade materials. No obsolescence noted.

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

Personal Report    File No.:

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): NDCdata/MLS

| | |
|---|---|
| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: Per public records, there were no sales or transfers of the subject property within 36 months from the effective date of the appraisal. |
| Date: N/A | |
| Price: | |
| Source(s): NDCdata/MLS | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): NDCdata/MLS | |

## SALES COMPARISON APPROACH TO VALUE (if developed)    ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 21241 Shearer Ave, Carson, CA 90745 | 185 E 214th St, Carson, CA 90745 | | 21327 Catskill Ave, Carson, CA 90745 | | 165 W Jay St, Carson, CA 90745 | |
| Proximity to Subject | | 0.16 miles SE | | 0.39 miles E | | 0.65 miles S | |
| Sale Price | $ N/A | $ 389,000 | | $ 445,000 | | $ 435,000 | |
| Sale Price/GLA | $ N/A /sq.ft. | $ 367.67 /sq.ft. | | $ 330.12 /sq.ft. | | $ 374.68 /sq.ft. | |
| Data Source(s) | Inspection | NDC/MLS # SB15245932 | | NDC/MLS # PW16006307 | | NDC/MLS # DW15140662 | |
| Verification Source(s) | NDC/MLS | APN:7334-023-031 | | APN:7334-027-124 | | APN:7341-009-007 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/A N/A | Doc# 1650195 80% Financing | | Doc# 0153584 0% Financing | | Doc# 1408618 102% Financing | |
| Date of Sale/Time | N/A | 12/31/15 DOM:48 | | 02/11/16 DOM:5 | | 11/13/15 DOM:24 | |
| Rights Appraised | Fee Simple | FeeSimpl/StanSale | | FeeSimpl/StanSale | | FeeSimpl/StanSale | |
| Location | Average | Average | | Average | | Average | |
| Site | 6,106 Sq.Ft. | 3,988 sq. ft. | +6,000 | 4,937 sq. ft. | +3,000 | 7,049 sq. ft. | -3,000 |
| View | No View | No View | | No View | | No View | |
| Design (Style) | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 69 yrs | 62 yrs | | 54 yrs | | 59 yrs | |
| Condition | Maintained | Average | +25,000 | Average | +25,000 | Average | +25,000 |
| Above Grade Room Count | Total 8 / Bdrms 3 / Baths 2.00 | Total 5 / Bdrms 2 / Baths 2.00 | +6,000 | Total 8 / Bdrms 3 / Baths 2.00 | | Total 7 / Bdrms 3 / Baths 2.00 | |
| Gross Living Area | 1,066 sq.ft. | 1,058 sq.ft. | | 1,348 sq.ft. | -17,000 | 1,161 sq.ft. | -6,000 |
| Basement & Finished Rooms Below Grade | No No | None Noted None Noted | | None Noted None Noted | | None Noted None Noted | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | None | Wall/None | | FAU/None | -3,000 | FAU/None | -3,000 |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2 Car Garage | 1 Car Carport | +6,000 | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Patio | Porch/Patio | -4,000 | Patio | | Patio | |
| Swimming Pool/Spa | None | None | | None | | None | |
| Fireplace | 0 | 0 | | 1 | -3,000 | 1 | -3,000 |
| Net Adjustment (Total) | | ☒ + ☐ - $ 39,000 | | ☒ + ☐ - $ 5,000 | | ☒ + ☐ - $ 10,000 | |
| Adjusted Sale Price of Comparables | | $ 428,000 | | $ 450,000 | | $ 445,000 | |

Summary of Sales Comparison Approach    All comparable sales were equally weighted and considered in comparison to the subject property and the subject neighborhood, all comparables used are the best available indicators of the subject's market value and appeal to the same pool of buyers. Comparables 1 to 5 are all closed recent sales located within 0.77 mile radius and sold no later than 8 months from the effective date of the appraisal. Adjustments were made for date of sale, GLA (gross living area), lot size, condition, construction materials quality, bed/bath count, porch/fireplace features, parking type/spaces and air cooling/heating. Subject property is in "Maintained" overall condition. Subject property was not measured, gross living area of 1,066 sq. ft. was taken off public records NDCdata which confirms the property data with city assessor's office, this information is deemed to be reliable and assumed to be accurate by the appraiser (Extraordinary Assumption used). No known additions were performed. A private type home appraisal was performed. Fair current market value arrived at $430,000.

Indicated Value by Sales Comparison Approach $ 430,000

# RESIDENTIAL APPRAISAL SUMMARY REPORT

Personal Report
File No.:

## COST APPROACH TO VALUE (if developed)    ☐ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): The ratio for land-to-improvement and for land-to-overall value is typical for the area. Land value is derived by the abstraction method. The remaining economic life (based on 60 years of life cycle) is estimated to be at 45 years.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

| | | |
|---|---|---|
| OPINION OF SITE VALUE | =$ | 230,000 |
| DWELLING 1,066 Sq.Ft. @ $ 170.00 | =$ | 181,220 |
| Sq.Ft. @ $ | =$ | |

Source of cost data: MARSHALL & SWIFT
Quality rating from cost service: AVG    Effective date of cost data: 2013
Comments on Cost Approach (gross living area calculations, depreciation, etc.):
PHYSICAL DEPRECIATION WAS ESTIMATED BY UTILIZING THE
EFFECTIVE AGE/REMAINING ECONOMIC LIFE METHOD. THE HIGH
LAND TO IMPROVEMENT RATIO IS CONSIDERED TO BE TYPICAL
FOR THE SUBJECT'S MARKET AREA. COST FIGURES WERE
BASED ON DATA OBTAINED FROM THE MARSHALL & SWIFT
RESIDENTIAL COST HANDBOOK AND/OR LOCAL BUILDING
CONTRACTORS. FIGURES WERE THEN ROUNDED
ACCORDINGLY.

| | | |
|---|---|---|
| Garage/Carport 400 Sq.Ft. @ $ 50.00 | =$ | 20,000 |
| Total Estimate of Cost-New | =$ | 201,220 |
| Less Physical / Functional / External Depreciation 30,183 | =$( | 30,183) |
| Depreciated Cost of Improvements | =$ | 171,037 |
| "As-is" Value of Site Improvements | =$ | 30,000 |

Estimated Remaining Economic Life (if required): 45 Years    INDICATED VALUE BY COST APPROACH =$ 431,037

## INCOME APPROACH TO VALUE (if developed)    ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ N/A    X Gross Rent Multiplier N/A    = $    Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM):

## PROJECT INFORMATION FOR PUDs (if applicable)    ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:
Describe common elements and recreational facilities: Not Applicable

Indicated Value by: Sales Comparison Approach $ 430,000    Cost Approach (if developed) $ 431,037    Income Approach (if developed) $ N/A

Final Reconciliation    The greatest weight is given to Sales Comparison Approach to value. the Cost approach is second best due to inability to accurately measure an accrued appreciation and lack of land sales within subject property's immediate market area. Income approach is not applicable due to predominantly owner occupied neighborhood. Subject property's appraised market value has been rounded to the nearest thousands.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 430,000 , as of: 05/21/2016 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 17 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☐ Scope of Work    ☐ Limiting Cond./Certifications    ☐ Narrative Addendum    ☒ Photograph Addenda    ☐ Sketch Addendum
☒ Map Addenda    ☒ Additional Sales    ☒ Cost Addendum    ☒ Flood Addendum    ☐ Manuf. House Addendum
☐ Hypothetical Conditions    ☒ Extraordinary Assumptions    ☒ Cover Page    ☒ Invoice    ☐

Client Contact: N/A    Client Name: Corona, Catalina
E-Mail: N/A    Address: Same as subject

**APPRAISER**    **SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

*[signature]*

Appraiser Name: Pekler, Maxim    Supervisory or Co-Appraiser Name:
Company: Appraising L.A.    Company:
Phone: (818)793-1510    Fax: (818)449-7636    Phone:    Fax:
E-Mail: Max@AppraisingLA.com    E-Mail:
Date of Report (Signature): May 24, 2016    Date of Report (Signature):
License or Certification #: AT043080    State: CA    License or Certification #:    State: CA
Designation: Residential AT Appraiser    Designation:
Expiration Date of License or Certification: 01/04/2018    Expiration Date of License or Certification:
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None    Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: 05/21/2016    Date of Inspection:

**GP RESIDENTIAL**    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 21241 Shearer Ave<br>Carson, CA 90745 | 134 E 221st St<br>Carson, CA 90745 | | 21923 Grace Ave<br>Carson, CA 90745 | | Not Applicable | |
| Proximity to Subject | | 0.68 miles SE | | 0.77 miles SE | | | |
| Sale Price | $ N/A | $ 398,000 | | $ 469,000 | | $ | |
| Sale Price/GLA | $ N/A /sq.ft. | $ 376.89 /sq.ft. | | $ 303.76 /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | NDC/MLS # PW15196584 | | NDC/MLS # SB15222363 | | | |
| Verification Source(s) | NDC/MLS | APN:7335-022-010 | | APN:7335-007-026 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Doc# 1189923 | | Doc# 1524255 | | | |
| Concessions | N/A | 0% Financing | | 94% Financing | | | |
| Date of Sale/Time | N/A | 09/25/15 DOM:7 | +35,000 | 12/04/15 DOM:55 | | | |
| Rights Appraised | Fee Simple | FeeSimpl/StanSale | | FeeSimpl/StanSale | | | |
| Location | Average | Average | | Average | | | |
| Site | 6,106 Sq.Ft. | 4,970 sq. ft. | +3,000 | 6,650 sq. ft. | | | |
| View | No View | No View | | No View | | | |
| Design (Style) | Traditional | Traditional | | Traditional | | | |
| Quality of Construction | Average | Average + | -25,000 | Average + | -25,000 | | |
| Age | 69 yrs | 61 yrs | | 53 yrs | | | |
| Condition | Maintained | Good | -10,000 | Good | -10,000 | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8 3 2.00 | 7 3 2.00 | | 8 5 3.00 | -5,000 | | |
| Gross Living Area | 1,066 sq.ft. | 1,056 sq.ft. | | 1,544 sq.ft. | -28,000 | sq.ft. | |
| Basement & Finished | No | None Noted | | None Noted | | | |
| Rooms Below Grade | No | None Noted | | None Noted | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | None | Wall/None | | FAU/Central | -6,000 | | |
| Energy Efficient Items | Typical | Typical | | Typical | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | | |
| Porch/Patio/Deck | Patio | Patio | | Patio | | | |
| Swimming Pool/Spa | None | None | | None | | | |
| Fireplace | 0 | 0 | | 0 | | | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 3,000 | ☐ +  ☒ - | $ -74,000 | ☐ +  ☐ - | $ |
| Adjusted Sale Price of Comparables | | | $ 401,000 | | $ 395,000 | | $ |
| Summary of Sales Comparison Approach | SEE PAGE 2 of 3 | | | | | | |

SALES COMPARISON APPROACH

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

# Location Map

| | |
|---|---|
| Client | Corona, Catalina |
| Property Address | 21241 Shearer Ave |
| City | Carson    County Los Angeles    State CA    Zip Code 90745 |
| Appraiser | Pekler, Maxim |



# Plat Map

| Client | Corona, Catalina | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 21241 Shearer Ave | | | | | |
| City | Carson | County | Los Angeles | State | CA | Zip Code 90745 |
| Appraiser | Pekler, Maxim | | | | | |



### Flood Map

| Client | Corona, Catalina | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 21241 Shearer Ave | | | | | |
| City | Carson | County | Los Angeles | State | CA | Zip Code 90745 |
| Appraiser | Pekler, Maxim | | | | | |



## Subject Photo Page

| | | | | |
|---|---|---|---|---|
| Client | Corona, Catalina | | | |
| Property Address | 21241 Shearer Ave | | | |
| City | Carson | County Los Angeles | State CA | Zip Code 90745 |
| Appraiser | Pekler, Maxim | | | |



### Subject Front
21241 Shearer Ave
Sales Price         N/A
Gross Living Area   1,066
Total Rooms         8
Total Bedrooms      3
Total Bathrooms     2.00
Location            Average
View                No View
Site                6,106 Sq.Ft.
Quality             Average
Age                 69 yrs



### Subject Rear



### Subject Street

## Subject Photo Page

| Client | Corona, Catalina | | | | |
|---|---|---|---|---|---|
| Property Address | 21241 Shearer Ave | | | | |
| City | Carson | County | Los Angeles | State CA | Zip Code 90745 |
| Appraiser | Pekler, Maxim | | | | |



**Patio**

21241 Shearer Ave
Sales Price           N/A
Gross Living Area     1,066
Total Rooms           8
Total Bedrooms        3
Total Bathrooms       2.00
Location              Average
View                  No View
Site                  6,106 Sq.Ft.
Quality               Average
Age                   69 yrs



**Driveway/Side**

**Blank**

## Subject Interior Photo Page

| Client | Corona, Catalina | | | |
|---|---|---|---|---|
| Property Address | 21241 Shearer Ave | | | |
| City | Carson | County Los Angeles | State CA | Zip Code 90745 |
| Appraiser | Pekler, Maxim | | | |



### Living Room

| | |
|---|---|
| 21241 Shearer Ave | |
| Sales Price | N/A |
| Gross Living Area | 1,066 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.00 |
| Location | Average |
| View | No View |
| Site | 6,106 Sq.Ft. |
| Quality | Average |
| Age | 69 yrs |



### Kitchen



### Bedroom

## Subject Interior Photo Page

| | | | | |
|---|---|---|---|---|
| Client | Corona, Catalina | | | |
| Property Address | 21241 Shearer Ave | | | |
| City | Carson | County Los Angeles | State CA | Zip Code 90745 |
| Appraiser | Pekler, Maxim | | | |



### Bedroom

| | |
|---|---|
| 21241 Shearer Ave | |
| Sales Price | N/A |
| Gross Living Area | 1,066 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.00 |
| Location | Average |
| View | No View |
| Site | 6,106 Sq.Ft. |
| Quality | Average |
| Age | 69 yrs |



### Bedroom



### Bath

## Subject Interior Photo Page

| Client | Corona, Catalina | | | |
|---|---|---|---|---|
| Property Address | 21241 Shearer Ave | | | |
| City | Carson | County Los Angeles | State CA | Zip Code 90745 |
| Appraiser | Pekler, Maxim | | | |



**Bath**

21241 Shearer Ave
Sales Price            N/A
Gross Living Area      1,066
Total Rooms            8
Total Bedrooms         3
Total Bathrooms        2.00
Location               Average
View                   No View
Site                   6,106 Sq.Ft.
Quality                Average
Age                    69 yrs

**Blank**

**Blank**

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Client | Corona, Catalina | | | | |
| Property Address | 21241 Shearer Ave | | | | |
| City | Carson | County Los Angeles | State CA | Zip Code 90745 |
| Appraiser | Pekler, Maxim | | | | |



### Comparable 1
185 E 214th St
Prox. to Subject   0.16 miles SE
Sales Price        389,000
Gross Living Area  1,058
Total Rooms        5
Total Bedrooms     2
Total Bathrooms    2.00
Location           Average
View               No View
Site               3,988 sq. ft.
Quality            Average
Age                62 yrs



### Comparable 2
21327 Catskill Ave
Prox. to Subject   0.39 miles E
Sales Price        445,000
Gross Living Area  1,348
Total Rooms        8
Total Bedrooms     3
Total Bathrooms    2.00
Location           Average
View               No View
Site               4,937 sq. ft.
Quality            Average
Age                54 yrs



### Comparable 3
165 W Jay St
Prox. to Subject   0.65 miles S
Sales Price        435,000
Gross Living Area  1,161
Total Rooms        7
Total Bedrooms     3
Total Bathrooms    2.00
Location           Average
View               No View
Site               7,049 sq. ft.
Quality            Average
Age                59 yrs

## Comparable Photo Page

| | |
|---|---|
| Client | Corona, Catalina |
| Property Address | 21241 Shearer Ave |
| City | Carson |
| County | Los Angeles |
| State | CA |
| Zip Code | 90745 |
| Appraiser | Pekler, Maxim |



### Comparable 4
134 E 221st St
Prox. to Subject   0.68 miles SE
Sales Price         398,000
Gross Living Area   1,056
Total Rooms         7
Total Bedrooms      3
Total Bathrooms     2.00
Location            Average
View                No View
Site                4,970 sq. ft.
Quality             Average +
Age                 61 yrs



### Comparable 5
21923 Grace Ave
Prox. to Subject   0.77 miles SE
Sales Price         469,000
Gross Living Area   1,544
Total Rooms         8
Total Bedrooms      5
Total Bathrooms     3.00
Location            Average
View                No View
Site                6,650 sq. ft.
Quality             Average +
Age                 53 yrs

### N/A 6
Not Applicable
Prox. to Subject
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age