

**OCWEN LOAN SERVICING, LLC**
WWW.OCWEN.COM
Helping Homeowners Is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

05/24/2016

Loan Number: 7472102722

Catalina Corona

Property Address: 21241 Shearer Ave, Carson, CA 90745-1521
Requestor Fax Number: (310) 821-4905

Borrower(s) Name: Catalina Corona

## PAYOFF QUOTE
### VALID THROUGH 06/17/2016

Dear Catalina Corona,

Enclosed is a breakdown of the total amount required to payoff your loan on or before 06/17/2016. Payoff instructions are also provided for your convenience.

Important Note: If there is an escrow account associated with your loan for property taxes and/or insurance, we may need to pay the tax and/or insurance bill before this payoff quote expires on 06/17/2016. If so, we will add the amount paid to your loan payoff total.

Please be sure to continue making on-time payments until the loan is paid off, to make sure there is no negative impact to your credit report.

| Description | Amount Due |
|---|---|
| Principal | $280,547.98 |
| Interest | $1,514.85 |
| Satisfaction Cost | $46.50 |
| Payoff Fee | $30.00 |
| Deferred Prin Bal | $225,600.00 |
| **Total Amount Due** | **$507,739.33** |

Next Due Date                06/01/2016
Quoted Date                  05/24/2016
Payoff Quote Expiration Date 06/17/2016

NMLS # 1852                                    PAYOFFF

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners Is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

Grace Period End Date        06/16/2016
Original Principal Balance   $451,200.00
Additional Late Charge *     $49.68

* Please add this amount to the payoff funds, if paying on or after the grace period end date.

Given below is a breakdown of the interest that is shown above in the amount of $1,514.85 due on or before 06/17/2016. Please note that interest is generally charged in arrears. On a normal amortizing loan, the current month's payment will include the interest charges for the previous month. The unpaid principal balance is not the payoff amount.

| From | To | Interest Amount | Interest Rate | Principal Bal. | Daily Per Diem | # Days |
|---|---|---|---|---|---|---|
| 05/01/16 | 05/31/16 | $993.61 | 4.25% | $280,547.98 | $33.12024800 | 30 |
| 06/01/16 | 06/16/16 | $521.24 | 4.25% | $280,547.98 | $32.57729300 | 16 |

NMLS # 1852                                                                                                             PAYOFFF

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners Is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

## PAYOFF REQUIREMENTS AND CONDITIONS

**Certified funds required for payoff.** Payoff funds must be sent via certified funds such as: Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check or Attorney's Escrow Check. Non-certified payments will be returned and the payoff will not be processed.

## HOW TO SEND PAYOFF FUNDS

- Wire transfers are preferred. Wire transfer is the fastest, safest and most convenient payment option. You may also save money on per diem interest because it's the fastest option.

- To make a wire transfer, provide the below information to your bank. You may also be able to process the transaction by visiting your bank's website or calling them directly.

- Be sure to always include the borrower's last name, property address and loan number on any remittances. If you are unable to wire transfer funds, send payment in certified funds by Overnight Mail as shown below.

**Payment Methods.**

| Preferred Option: Wire Transfer at Closing | | Overnight Mail |
|---|---|---|
| Make Payable to: | Ocwen Loan Servicing, LLC | Mail Certified Funds Check to: |
| Ocwen Account #: | 4124823352 | Ocwen Loan Servicing, LLC |
| ABA Routing #: | 121000248 | Box # 660264 |
| Bank Address: | Wells Fargo Bank, NA | 1010 W. Mockingbird Lane, Suite 100 |
| | San Francisco, California | Dallas, TX 75247 |
| Loan Number: | Ocwen Loan 7472102722 | Reference: Ocwen Loan 7472102722 |

**Payoff amount is subject to change.** To the extent permitted by law, we reserve the right to correct any portion of this statement at any time.

- All balances are subject to change as a result of any transactions, the assessment of any fees, or any costs being incurred with respect to the account which occur prior to the application of payoff funds. If the account is referred to foreclosure, becomes subject to a bankruptcy proceeding, or has any other fees or costs assessed to it prior to the Payoff Quote Expiration Date, this payoff quote is deemed invalid and a new payoff quote will be provided to you.

- Similarly, if any payments applied to this account within the prior thirty (30) days of the date of this payoff quote are reversed for any reason, including but not limited to for insufficient funds or a stop payment being placed on a check, this payoff quote is deemed invalid and a new payoff quote must be obtained from us to reflect the correct amount due and owing. Subsequent payoff quotes will reflect the full amount due.

**Overpayment or underpayment of payoff amount.** Upon receipt of payoff funds, we will verify all amounts due and contact the issuer of the funds in the event of any discrepancies. The payoff amount does not include any applicable positive escrow balance.

NMLS # 1852                                                                                                    PAYOFFF

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

---

After the payoff funds have been applied, and the account has been reconciled, any overpayment of funds will be returned to the borrower through regular mail within 20 days of the date the funds are received. Escrow account overages will be disbursed within 20 days. Please be aware that to the extent permitted by law, if the payoff funds received are less than the total amount necessary to pay the account in full, in the event there remain any amounts in escrow after the payment of taxes and insurance, then any escrow surplus funds remaining may be applied to the loan at payoff. If you do not want any remaining escrow surplus funds applied to the loan at payoff, please notify us within 5 days prior to submitting the payoff funds. You may email this notification to payoffs@ocwen.com or fax it to 407-737-6118. If escrow funds are insufficient to pay the account in full, we will return the funds and continue to accrue interest on the loan.

**Monthly payments due before payoff still must be paid by due date.** Issuance of this statement does not suspend the contractual requirement to make loan payments when due. If payoff funds are received after the expiration of the grace period, if such a period is applicable to this loan, a late charge will be due. Payment of all late charges will be required to be paid prior to the application of any payoff funds and satisfaction of the Mortgage/Deed of Trust.

**Escrow disbursements will proceed until payoff funds received.** Issuing this payoff statement will not stop future escrow disbursements. Property taxes or insurance may be paid after this quote is issued. If such disbursements create escrow advances and change the amount due to satisfy the loan, they must be paid prior to the application of any payoff funds and satisfaction of the Mortgage/Deed of Trust.

**Past due fees still apply.** If the account is past due, collection expenses and legal fees may be accruing. If this is an adjustable rate Note, the per diem may change prior to payoff.

**Deed release.** Upon receipt of the entire payoff amount, we will execute a release and discharge of the Deed of Trust/Mortgage and, if necessary, will file a withdrawal in connection with any legal action if it has been taken to collect this obligation.

**Prepayment Penalty, customer responsibilities.** We undertake no obligation to investigate the circumstances surrounding the payoff of an account. As such, it is the customer's responsibility to notify us if the terms of the Note of Deed of Trust/Mortgage allow for waiver of the prepayment penalty in their circumstances and provide the requisite documentation to demonstrate waiver of a prepayment penalty in accordance with the terms of the Note or Deed of Trust/Mortgage. Such documentation must be provided to the Payoff Department at the address above within sixty (60) days following the date that the payoff was made.

**Please verify your Social Security Number for tax reporting.** Please visit our website at www.ocwencustomers.com to verify the social security number on file for the purposes of year-end tax reporting.

**For Questions.** If you have questions regarding this payoff quote, please contact our Customer Care Center at (800) 746-2936. We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm or Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Loan Servicing

NMLS # 1852                                                                                                                    PAYOFFF

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*